**EXHIBIT C**



# nationalgrid

2020014

**MAMA MITO INC**
**DBA/MITOUSHI JAPPANESSE F**
**1714 SHEEPSHEAD BAY RD**
**BKLYN NY**    **11235-3605**

**C 011**    010394

**Please Pay Upon Receipt**
**704.49**

Account Number

Make checks payable to National Grid.
Write your account number on check.

Please mail this part of bill with your payment.

| Service To | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| MAMA MITO INC<br>1714 SHEEPSHEAD BAY RD   REST<br>BROOKLYN, NY<br>11235 | | Feb 07 '20 | Jan 13 '20 |
| | Rate  T2-1<br>Tran General | For Customer Assistance<br>Please call (718) 643-4050 | |

## CURRENT BILL ITEMIZED

In 31 days you used 611 therms:

| | |
|---|---|
| Thermal Factor | x1.0427 |
| Total therms used | 611 |

Your Cost is determined as follows:

| | |
|---|---|
| Minimum Charge<br>(First 3.1 therms or less) | $39.74 |
| Next 89.9 @ $.6684 | 60.09 |
| Next 518.0 @ $.4614 | 239.01 |
| Delivery Rate Adjustment:<br>@ $-.02190 /therm | -13.38 |
| System Benefits Charge:<br>@ $.01180 /therm | 7.21 |
| MTA Surcharge | .53 |
| **GAS DELIVERY CHARGE** | **$333.20** |
| TRANSPORTATION ADJUSTMENT<br>@ $.00370 /therm | 2.26 |
| MTA Surcharge | .00 |
| 8.8750 % Sales Tax | .20 |
| Supply Subtotal | $2.46 |
| 8.8750 % Sales Tax on Gas Delivery | 29.57 |
| .0000 % GIT Per CCF | .00 |
| **TOTAL CURRENT CHARGES** | **$365.23** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $365.23 |
| Amount Due Last Bill | 702.31 |
| Your Total Payments Since<br>Last Bill. Thank You! | -702.31 |
| ESCO Total Current Charges | 339.26 |
| **Please Pay Upon Receipt** | **$704.49** |

If payment received after 02/05/2020
a late payment charge of $10.57
(1.5% of outstanding charges) may be added
to your National Grid balance.

## IMPORTANT MESSAGES

You have chosen MARATHON ENERGY to be your gas supply provider.
National Grid will continue to deliver gas to your premises. If you have
any questions about your gas supply charges, please contact
MARATHON ENERGY at (888) 779-7255. Thank you.

National Grid is pleased to pass along a credit that reduces your
"Minimum Charge" because you have combined delivery and ESCO supply
billing.

Pay your bills online.
Get started today at ngrid.com/payonline. For free, online access to your
gas account, here is your unique access code: A58F26C.
Just visit us online, click "My Account" and register your account.

nationalgrid    www.nationalgridus.com

Page 1 of 2
See back for definitions of terms
used in this bill and more information.

1/24/2020, 4:57 PM



# nationalgrid

2020010

**MAMA MITO INC**
1712 SHEEPSHEAD BAY RD
BROOKLYN, NY 11235-3605

**C 011**   022958

Please Pay Upon Receipt
**157.36**   H

Make checks payable to National Grid.
Write your account number on check.

**Service To**
MAMA MITO INC
1712 SHEEPSHEAD BAY RD   STR
BROOKLYN, NY
11235

| Account Number | Next Meter Reading | Bill Date |
|---|---|---|
| | Feb 07 '20 | Jan 09 '20 |
| Rate 2-2 General | For Customer Assistance Please call (718) 643-4050 | |

## CURRENT BILL ITEMIZED

In 31 days you used 86 therms:

| | |
|---|---|
| Jan 09 2020 reading ACTUAL | 5780 |
| Dec 09 2019 reading ACTUAL | 5698 |
| CCF Used for METER# 005840855 | 82 |
| Thermal Factor | x1.0427 |
| Total therms used | 86 |

Your Cost is determined as follows:

| | |
|---|---|
| Minimum Charge (First 3.1 therms or less) | $39.74 |
| Next 82.9 @ $.7116 | 58.99 |
| Delivery Rate Adjustment: @ $.01523 /therm | 1.31 |
| System Benefits Charge: @ $.01180 /therm | 1.01 |
| MTA Surcharge | .16 |
| **GAS DELIVERY CHARGE** | **$101.21** |
| GAS SUPPLY CHARGE @ $.4820 /therm | 41.81 |
| MTA Surcharge | .07 |
| 8.8750 % Sales Tax | 3.71 |
| Supply Subtotal | $45.59 |
| 8.8750 % Sales Tax on Gas Delivery | 8.98 |
| Bill. Charge (incl. tax & surchg) | 1.58 |
| **TOTAL CURRENT CHARGES** | **$157.36** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $157.36 |
| Amount Due Last Bill | 232.03 |
| Your Total Payments Since Last Bill. Thank You! | -232.03 |
| **Please Pay Upon Receipt** | **$157.36** |

If payment received after 02/01/2020 a late payment charge of $2.36 (1.5% of outstanding charges) may be added.

## IMPORTANT MESSAGES

The Billing Charge, now shown separately, is not charged when you buy gas supply from an ESCO that includes its charges on our bills; one of several savings opportunities. It has been separated from the Minimum Charge, which has been reduced, so there is no effect on your overall cost.

Pay your bills online.
Get started today at ngrid.com/payonline. For free, online access to your gas account, here is your unique access code: A58F26C.
Just visit us online, click "My Account" and register your account.

nationalgrid   www.nationalgridus.com

Page 1 of 1
See back for definitions of terms used in this bill and more information.

# conEdison
### Working for you 24/7

**Amount Due $405.08**
**Pay By 01/27/20**

**MAMAMITO, INC.**

Your account number: [redacted]

Service delivered to: 1712 SHEEPSHD BY RD ENT

Your electric rate: EL2 General Large

Next billing date: Thursday, January 30, 2020

## Your billing summary as of Jan 2, 2020

**Your previous charges and payments**

| | |
|---|---|
| Total charges from your last bill | $478.54 |
| Payments through Dec 30, thank you | -$478.54 |
| **Remaining balance** | **None** |

**Your new charges** - *details start on page 2*
Billing period: Nov 27, 2019 to Dec 30, 2019

| | |
|---|---|
| Electricity charges - for 33 days | $405.08 |
| **Total new charges** | **$405.08** |
| **Total amount due** | **$405.08** |

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by Jan 27, 2020.

### Message Center

📎 Join our Direct Payment Plan (DPP). Just place an 'X' in the DPP enrollment box on your payment slip when you mail back your payment by check. We'll use your banking information to enroll you in the plan. Then, each month, after you've had time to review your bill, we will automatically deduct your Con Edison bill payment from your checking account. Join Now.

📎 Con Edison's offices will be closed Monday, January 20, in observance of Martin Luther King Day. In the event of an emergency, our call center is available 24 hours a day, every day, including the holiday. However, we will experience very high call volumes on Tuesday, January 21. You can avoid an extended wait by not calling on that day.

📎 **YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE**
If you pay the total amount of this bill and exactly $1.00 more, that dollar will go into the EnergyShare fund sponsored by Con Edison. And, Con Edison matches each contribution. EnergyShare helps eligible residential customers who are struggling to pay their bills with one-time grants of up to $200.

📎 Get Smarter with your smart meter.
Learn how much energy you are using, and how to avoid seasonal spikes in energy use. Log in or create an account at conEd.com/EnergyUsage.

### Contact us 24 hours a day, 7 days a week

To report a service problem, call 1-800-75-CONED (1-800-752-6633) or visit conEd.com

Self-Service conEd.com
For payments, visit conEd.com or call 1-888-925-5016

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138

For other information, call 1-212-243-2591 or 1-800-752-2481

Looking for more detailed information on your bill? Visit www.coned.com/MyAccount

Page 1 of 2

---

Tear or Cut here

## Payment slip
Please make checks payable to Con Edison.

To avoid a late payment charge of 1.5%, please pay the total amount due by Jan 27, 2020.

Your account number: [redacted]
Total amount due: $405.08

Amount enclosed: _____

0007245 01 AV 0.380 01 TR 00022 CEKTNS12 0100010000

MAMAMITO, INC.
MITOUSHI JAPANESE FUS
1712 SHEEPSHD BAY RD
BROOKLYN  NY 11235-3805

JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116-1702

☐ Mark X to enroll in DPP

M79 M97
0032830

## conEdison — Working for you 24/7

**Amount Due: $1,116.67**
**Pay By 01/27/20**

MAMAMITO, INC.
Your account number: ▓▓▓▓▓▓▓▓
Service delivered to: 1714 SHEEPSHD BY RD ENT
Your electric rate: EL9 General Large
Next billing date: Thursday, January 30, 2020

### Your billing summary as of Jan 2, 2020

**Your previous charges and payments**

| | |
|---|---|
| Total charges from your last bill | $1,145.58 |
| Payments through Dec 30, thank you | -$1,145.58 |
| Remaining balance | None |

**Your new charges** - details start on page 2
Billing period: Nov 27, 2019 to Dec 30, 2019

| | |
|---|---|
| Esco electricity supply charges - for 33 days | $462.58 |
| Con Edison electricity charges | $654.09 |
| Total new charges | $1,116.67 |
| **Total amount due** | **$1,116.67** |

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by Jan 27, 2020.

### Message Center

🖈 Join our Direct Payment Plan (DPP). Just place an 'X' in the DPP enrollment box on your payment slip when you mail back your payment by check. We'll use your banking information to enroll you in the plan. Then, each month, after you've had time to review your bill, we will automatically deduct your Con Edison bill payment from your checking account. Join Now.

🖈 Con Edison's offices will be closed Monday, January 20, in observance of Martin Luther King Day. In the event of an emergency, our call center is available 24 hours a day, every day, including the holiday. However, we will experience very high call volumes on Tuesday, January 21. You can avoid an extended wait by not calling on that day.

🖈 YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE
If you pay the total amount of this bill and exactly $1.00 more, that dollar will go into the EnergyShare fund sponsored by Con Edison. And, Con Edison matches each contribution. EnergyShare helps eligible residential customers who are struggling to pay their bills with one-time grants of up to $200.

🖈 Get Smarter with your smart meter.
Learn how much energy you are using, and how to avoid seasonal spikes in energy use. Log in or create an account at conEd.com/EnergyUsage.

### Contact us 24 hours a day, 7 days a week

To report a service problem, call 1-800-75-CONED (1-800-752-6633) or visit conEd.com

Self-Service conEd.com
For payments, visit conEd.com or call 1-888-925-5016

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138

For other information, call 1-212-243-2601 or 1-800-752-2461

---

Tear or Cut here

Say good-bye to paper bills. Go to conEd.com and sign up for e*bills.

Page 1 of 3

### conEdison Payment slip

Please make checks payable to Con Edison.

To avoid a late payment charge of 1.5%, please pay the total amount due by Jan 27, 2020.

Your account number: ▓▓▓▓▓▓▓▓
Total amount due: $1,116.67

Amount enclosed: [       ]


0002513 01 AV  0.380 01 TR 00009 CEJNNS12 1010000000
MAMAMITO, INC.
1712 SHEEPSHEAD BA RO
BROOKLYN   NY 11235-3605

JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116-1702

☐ Mark X to enroll in DPP
M79 M97
0017013


